

**Mark R. Natale, Esq.**
mnatale@malamutlaw.com
Phone: 856.424.1808
Fax: 856.424.2032
*Member of the NJ & PA Bars*

September 6, 2024

<u>Via ECF</u>
The Honorable Anne Marie Donio
U.S. District Court, District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, NJ 08101

  Re: Heenan v. Valiant Group, LLC, et al.
     1:23-cv-18576-KMW-AMD

Dear Judge Donio:

  I represent Plaintiff, Mark Heenan, in the above-referenced matter. I am writing to update the Court that the parties have signed the settlement agreement in this matter.

       Respectfully,

       /s/ *Mark R. Natale*
       Mark R. Natale, Esquire

Cc: Joseph Kanfer, Esquire (via ECF)